## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDNA MOORE (RNC) | ) | CIVIL ACTION NO. 3:16CV1900 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CANCER TREATMENT CENTERS OF AMERICA, INC., ET AL. | ) ) | |
| | ) | |
| DEFENDANT. | ) | JUNE 21, 2018 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 42(a)(1)(A)(ii), the parties in the above-captioned matter hereby stipulate that any and all claims in this action brought against Russell Reisner, M.D., are hereby dismissed, *with prejudice*, without costs, interest or attorney's fees, and with all rights of appeal waived.

THE PLAINTIFF,

EDNA MOORE

BY  /MAS/

24471.1

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

HALLORAN SAGE

Phone 860 522 6103
Fax 860 548 0006
Juris No. 26105

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

Michael A. Stratton, Esq.

33 King Street

Stratford, CT  06615

Fed. Bar #ct __08166_____

Phone:     203-266.1300

mike@strattontrials.com

*Attorney for the Plaintiff*

THE DEFENDANTS:

CANCER TREATMENT CENTERS OF AMERICA, INC., AND RUSSELL REISNER, M.D.

BY_____
~~Richard C. Tynan~~ of
Evan M. O'Hara
HALLORAN SAGE LLP

- 2 -

HALLORAN SAGE

Phone 860 522 6103
Fax 860 548 0006
Juris No. 26105

One Goodwin Square

225 Asylum Street

Hartford, CT 06103

Fed. Bar #~~ct04235~~
 ct29706

Phone: 860 297.4677

Fax: 860-548-0006

tynan@halloransage.com
chara@halloransage.com
*Attorney for the Defendant*

- 3 -

5418721v.1

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

**HALLORAN SAGE**

Phone 860 522 6103
Fax 860 548 0006
Juris No 26105