# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

EDNA MOORE                                )        CIVIL ACTION NO. 3:16CV1900
(RNC)

            PLAINTIFF,                    )

V.                                       )

CANCER TREATMENT CENTERS OF              )
AMERICA, INC., ET AL.                    )

            DEFENDANT.                    )        JUNE 28, 2018

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Riv. P. 42(a)(1)(A)(ii), the parties in the above-captioned matter

hereby stipulate that any and all claims in this action brought against Cancer Treatment Centers

of America, Inc.., are hereby dismissed, *with prejudice*, without costs, interest or attorney's fees,

and with all rights of appeal waived.


THE PLAINTIFF,
EDNA MOORE

BY_____

Michael A. Stratton, Esq.
33 King Street
Stratford, CT 06615
Fed. Bar #ct _____
Phone:     203-266.1300
mike@strattontrials.com
*Attorney for the Plaintiff*


24471.1



Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

THE DEFENDANTS:
CANCER TREATMENT CENTERS OF
AMERICA, INC.

BY _____
    Richard C. Tynan of
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    Fed. Bar #ctct 04235
    Phone:  860 297.4677
    Fax:    860-548-0006
    tynan@halloransage.com
    Its Attorneys

- 2 -

5418755v.1

Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

ᴜ HALLORAN
ᴎ SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105